EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant United States Attorney
District of Hawaii

ARUN LIMANI
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 5 2002

at 12 o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. CR02-00164 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. 7(3); |
| | ) | 18 U.S.C. 1363; |
| BRIAN M. URQUHART, (01) | ) | 18 U.S.C. 661; |
| DENNIS D. PACE, (02) | ) | 18 U.S.C. 1029(a)(2) |
| SEGUNDO I. RAMORAN, (03) | ) | and (b)(1)] |
| | ) | |
| Defendants. | ) | |

INDICTMENT

Count 1:

The Grand Jury charges that:

On or about September 30, 2001, in the District of Hawaii, at the U.S.S. Arizona Memorial parking lot, a place within the special maritime and territorial jurisdiction of the United States, defendants **BRIAN M. URQUHART** and **DENNIS D. PACE**, willfully and maliciously did destroy and injure the personal property of another, to wit: a 2001 Ford Mustang two door

convertible, said motor vehicle belonging to Budget Car and Truck Rental.

All in violation of Title 18, United States Code, Sections 7(3) and 1363.

### Count 2:

The Grand Jury further charges that:

On or about September 30, 2001, in the District of Hawaii, at the U.S.S. Arizona Memorial parking lot, a place within the special maritime and territorial jurisdiction of the United States, defendants **BRIAN M. URQUHART**, **DENNIS D. PACE**, and **SEGUNDO I. RAMORAN** did take and carry away, with intent to steal and purloin, the personal property of another, to wit: three pieces of luggage, containing various clothing items, jewelry and other personal items; a cellular phone; a compact disc player; various compact discs; and two access devices; all belonging to Peter D. Vogt and Emily M. Aylward, and having a value of approximately $2,600.00.

All in violation of Title 18, United States Code, Sections 7(3) and 661.

### Count 3:

The Grand Jury further charges that:

On or about September 30, 2001, in the District of Hawaii, defendants **BRIAN M. URQUHART** and **DENNIS D. PACE**, knowingly and with intent to defraud attempted to use two unauthorized access devices, to wit: a credit card issued by

United Services Automobile Association to Emily M. Aylward, account number 5491-2370-9511-8215, and an automatic teller machine card issued by United Missouri Bank to Emily M. Aylward, account number 4266-2810-1232-7000, and by such conduct attempted to obtain United States currency in the aggregate amount of $1,005.00, within a one-year period, which conduct affected interstate commerce.

All in violation of Title 18, United States Code, Section 1029(a)(5) and (b)(1).

DATED: _____, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

for - ELLIOT ENOKI
First Assistant United States Attorney
District of Hawaii

ARUN LIMANI
Special Assistant U.S. Attorney

UNITED STATES v. BRIAN M. URQUHART, et al.
CR. #
INDICTMENT